# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| MICHAEL T. MORRIS, | : | Case No. 2:25-cv-1037 |
| Petitioner, | : | |
| vs. | : | Chief District Judge Sarah D. Morrison |
| | : | Magistrate Judge Kimberly A. Jolson |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION. | : | |
| Respondent. | : | |

## REPORT AND RECOMMENDATION

Petitioner has filed two motions for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) in connection with a petition for a writ of habeas corpus. (Docs. 1, 5). The total filing fee due in this habeas corpus action is $5.00. Petitioner's application reveals that as of October 2, 2025, he had $68.37 on account to his credit, with an average monthly balance of $110.84 and average monthly deposits of $132.72. (*See* Doc. 5 at PageID 46). The application thus demonstrates that Petitioner has sufficient funds available to pay the full $5.00 filing fee in order to institute this action. Accordingly, it is **RECOMMENDED** that Petitioner's applications for leave to proceed *in forma pauperis* (Docs. 1, 5) be **DENIED** and Petitioner be ordered to pay the full filing fee of $5.00 within **thirty (30) days.**

Petitioner is hereby notified that his failure to pay the full filing fee within thirty days will result in the dismissal of this action for want of prosecution.

**IT IS SO RECOMMENDED.**

October 9, 2025                                      /s/ Kimberly A. Jolson
                                                             KIMBERLY A. JOLSON
                                                             United States Magistrate Judge